IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DANIEL GRAJALES, et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>PUERTO RICO PORTS AUTHORITY, et al,<br><br>    Defendants. | CIVIL NO. 09-2075 (FAB) |

**INITIAL SCHEDULING CONFERENCE REPORT**

Present at the conference were counsel Eugenio Geigel-Simounet and Efraín Valencia-Robles for plaintiffs and counsel Yadhira Ramírez-Toro and José Vázquez-García for defendants.

The parties informed they will be able to comply with the deadlines set by the Court in the Case Management Order (Docket No. 17, pag. 23) except the discovery deadline for which they requested an extension of time. **The discovery deadline is extended to November 18, 2010.** This extension does not affect the other deadlines set by the Court which remain as set.

The parties agreed to the following deposition schedule:

| | |
|---|---|
| August 11, 2010 | Deposition of Daniel Grajales. |
| August 12, 2010 | Deposition of Wanda González. |
| August 16, 2010 | Depositions of plaintiffs' witnesses. |
| August 24, 2010 | Depositions of defendants. |
| September 14, 2010 | Depositions of defendants or their witnesses. |
| September 21, 2010 | Depositions of defendants' witnesses. |

Settlement at this time is premature.

In San Juan, Puerto Rico, this 22nd day of April of 2010.

                                            s/**CAMILLE L. VELEZ-RIVE**
                                            **CAMILLE L. VELEZ-RIVE**
                                            **UNITED STATES MAGISTRATE JUDGE**