Miguel A. Maza & Associates, PSC
Attorneys and Counselors at Law
P.O. Box 364208
San Juan, PR 00936-4028
E-mail :accounting@maza.net

Invoice submitted to.
AUTORIDAD DE PUERTOS
LCDA. HILDA RODRIGUEZ
MANZANO
PO BOX 362829
SAN JUAN, PR 00936-2829

March 04, 2011
In Reference To: DANIEL GRAJALES

Professional Services

| Date | Atty | Description | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/3/2009 - | YMM | PREPARACION, REVISION Y NOTIFICACION DE ORDEN SOBRE CAMBIO DE DESIGNACION DE OFICIAL EXAMINADOR<br><br>REFERENTE: DANIEL GRAJALES | 125.00/hr | | 125.00 |
| 11/10/2009 - | JVG | REVISAR EXPEDIENTE; REVISAR Y FIRMAR MOCION SOLICITANDO TIEMPO PARA CONTESTAR; ESCANEAR DOCUMENTO Y RADICAR EN TRIBUNAL; ANALIZAR ALEGACIONES DE LA DEMANDA; HACER LISTA DE TESTIGOS Y DE LA MATERIA QUE TESTIFICARAN; HACER AGENDA DE TRABAJO Y EMPEZAR EL TRIALBOOK DEL CASO | 125.00/hr | | 250.00 |
| 11/12/2009 - | YMM | CONFERENCIA TELEFONICA CON LCDO. RODRIGUEZ FLORES SOBRE EXPEDIENTE DEL CASO DANIEL GRAJALES CARDONA; PREPARA CORRESPONDENCIA PARA EL LCDO RODRIGUEZ FLORES SOBRE EXPEDIENTE<br><br>REFERENTE: DANIEL GRAJALES | 125.00/hr | | 93.75 |
| 11/16/2009 - | MM | EVALUACION DE VARIAS ORDENES DEL TRIBUNAL; PREPARACION DE CONTESTACION A LA DEMANDA | 125.00/hr | | 62.50 |
| 12/10/2009 - | JVG | REVISAR EXPEDIENTE; REVISAR ESTATUTOS ANOTADOS SOBRE 42 USC 1983 Y 1985; REVISAR DEFENSAS AFIRMATIVAS; REDACTAR CONTESTACION | 150.00/hr | | 600.00 |

|  |  |  | Rate | Tax# | Amount |
|---|---|---|---|---|---|
|  |  | A LA DEMANDA Y RADICAR POR CORREO ELECTRONICO |  |  |  |
| 1/7/2010 - | JVG | REVISAR "CASE MANAGEMENT ORDER" EXPEDIDO POR JUEZ BESOSA | 150.00/hr |  | 75.00 |
| 1/8/2010 - | JVG | REVISAR MOCION PIDIENDO TIEMPO PARA CONTESTAR DEMANDA POR VARIOS DEMANDADOS | 150.00/hr |  | 37.50 |
| 1/12/2010 - | MM | REVISION DE EXPEDIENTE EN PREPARACION PARA REUNION CON H. RODRIGUEZ Y ASEGURADORA | 100.00/hr |  | 25.00 |
| 1/13/2010 - | MM | REUNION CON H. RODRIGUEZ Y REPRESENTANTES DE LA ASEGURADORA PARA DISCUTIR CUBIERTA DE CASOS Y HECHOS RELACIONADOS; EVALUACION SOBRE SI DEBEMOS PREPARAR UNA MOCION ADICIONAL EN EL CASO Y DESCUBRIMIENTO PENDIENTE | 100.00/hr |  | 75.00 |
| - | MAM | REVISION DE ORDEN Y MOCION DEL TRIBUNAL. REVISION DE MOCION DEL DEPARTAMENTO DE JUSTICIA | 100.00/hr |  | 50.00 |
| - | JVG | REUNION CON HILDA RODRIGUEZ SOBRE POSICION PRPA EN TORNO A JUICIO ANTE MAGISTRADO; REDACTAR MOCION INFORMANDO "NO CONSENT" | 150.00/hr |  | 150.00 |
| 1/14/2010 - | JVG | REVISAR REFERIDO DEL CASO A LA MAGISTRADO CAMILLE VELEZ | 150.00/hr |  | 37.50 |
| 1/25/2010 - | JVG | REVISAR OPOSICION DE DEMANDANTE A MOCION DE DESESTIMACION; REVISAR "RULING" DEL TRIBUNAL DANDO TIEMPO A ENMENDAR DEMANDA | 150.00/hr |  | 75.00 |
| 1/26/2010 - | JVG | REDACTAR MOCION SOLICITANDO RECONSIDERACION; REVISAR ESTATUTO SOBRE PODERES DE LOS MAGISTRADOS | 150.00/hr |  | 150.00 |
| 1/27/2010 - | JVG | REVISAR "RULING" DEL TRIBUNAL DENEGANDO MOCION DE RECONSIDERACION | 150.00/hr |  | 37.50 |
| 3/2/2010 - | MAM | REVISION DE ORDEN DEL TRIBUNAL | 100.00/hr |  | 25.00 |
| 3/4/2010 - | MAM | REVISION DE FAX DE LA LCDA. H. RODRIGUEZ | 100.00/hr |  | 25.00 |
| 8/1/2010 - | JVG | REVISAR DOCKET DEL TRIBUNAL, REVISAR EXPEDIENTE; ANALIZAR Y REDACTAR CARTA REPORTE A SEGURO | 125.00/hr |  | 125.00 |

|            |     |                                                                                                                                                                                                                                                                                                   | Rate       | Tax# | Amount    |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|------|-----------|
| 8/3/2010 - | JVG | REDACTAR DOS AVISOS TOMA DE DEPOSICION; REVISAR MOCION "JUDGEMENT ON THE PLEADINGS" DE DOJ                                                                                                                                                                                                         | 125.00/hr  |      | 62.50     |
| 8/5/2010 - | JVG | REVISAR MOCION EN REFERENCIA A RADICAR CORRECTAMENTEDEMANDA ENMENDADA Y CONTESTAR EMAIL A LLCDA. RAMIREZ; REVISAR CASO BOSTON MERCADO VS. CANCEL-ALEGRIA; RESUMIR PUNTOS DE DERECHO                                                                                                                | 125.00/hr  |      | 375.00    |
| 8/6/2010 - | JVG | REVISAR EMAIL DE GEIGEL EN REFERENCIA A QUE NECESITA UN TRADUCTOR; REUNION CON CRESPO PARA TOMA DE DEPOSICIONES; REVISAR EMAIL DE H. RODRIGUEZ Y MARIA MEDINA SOBRE APROBACION TOMA DE DEPOSICION; REDACTAR EMAIL A LCDA. RAMIREZ SOBRE ISSUES                                                      | 125.00/hr  |      | 125.00    |
| 8/9/2010 - | JVG | REVISAR EXPEDIENTE Y PREPARACION PARA DEPOSICION DE GRAJALES  CONFERENCIA TELEFONICA CON DEBBIE SOBRE ORDEN DE PRODUCCION Y ENVIAR EMAIL A LCDA. HILDA RODRIGUEZ; REUNION CON G. GONZALEZ EN REFERENCIA A RECUERDO DE EVENTOS Y REDACTAR MEMORANDUM DE HECHOS                                       | 125.00/hr  |      | 750.00    |
|            - | MAM | REVISAR INTERROGATORIO DE DEPOSICION                                                                                                                                                                                                                                                               | 125.00/hr  |      | 93.75     |
| 8/11/2010 - | JVG | REVISAR EXPEDIENTE Y DEPOSICION DE GRAJALES EN DEPARTAMENTO DE JUSTICIA                                                                                                                                                                                                                            | 125.00/hr  |      | 1,000.00  |
| 8/12/2010 - | JVG | REVISAR DOCUMENTOS PRODUCIDOS POR DOJ EN DEPOSICION DE GRAJALES; DEPOSICION DE WANDA GONZALEZ EN DEPARTAMENTO DE JUSTICIA                                                                                                                                                                          | 125.00/hr  |      | 625.00    |
| 8/16/2010 - | JVG | REUNION CON MIGUEL ALCOVER EN REFERENCIA A DISCUSION DE POSIBLES TESTIGOS Y PERSONAS CON CONOCIMIENTO                                                                                                                                                                                              | 125.00/hr  |      | 31.25     |
| 8/18/2010 - | JVG | IR A PRPA Y EXAMINAR Y REVISAR TRES EXPEDIENTES DE QUERELLAS Y REPORTES SOBRE GRAJALES                                                                                                                                                                                                             | 125.00/hr  |      | 250.00    |
| 8/19/2010 - | JVG | REVISAR Y ANALIZAR LOS INTERROGATORIOS DEL DEMANDANTE E IMPRIMIR, REDACTAR OBJECIONES A LOS INTERROGATORIOS; REVISAR NOTIFICACION DE DEPOSICION DEL DEMANDANTE PARA UN OFICIAL DE PUERTOS PARA SEPTIEMBRE 21 DE 2010; NOTIFICAR A LCDA. HILDA RODRIGUEZ; REVISAR RULING DEL TRIBUNAL DESESTIMANDO ESAS NOTIFICACIONES | 125.00/hr  |      | 125.00    |

|  |  |  | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 8/19/2010 - | MAM | REVISAR Y ENMENDAR ESCRITO DE OBJECION | 125.00/hr | | 62.50 |
| 8/20/2010 - | JVG | REUNION CON LIC. JAIME ALCOVER EN REFERENCIA A STATUS DEL CASO DE AGUADILLA Y TIEMPO PARA PRODUCIR FILES Y DOCUMENTOS. | 125.00/hr | | 62.50 |
| 9/7/2010 - | JVG | REUNION CON MIGUEL ALCOVER EN REFERENCIA A PRODUCCION DE DOCUMENTOS; DISCUTIR CON HILDA RODRIGUEZ AUTORIZACION PARA DEPOSICIONES. | 125.00/hr | | 156.25 |
| 9/8/2010 - | JVG | IR A AUTORIDAD DE LOS PUERTOS PARA EXAMINAR Y FOTOCOPIAR LOS EXPEDIENTES. | 125.00/hr | | 375.00 |
| - | JVG | ANALISIS Y REVISION DE CARTA DE GEIGEL EN REFERENCIA A DEPOSICION 14 DE SEPTIEMBRE PARA "DEFENDANTS" DE PUERTOS. | 125.00/hr | | 62.50 |
| 9/9/2010 - | JVG | REDACTAR EMAIL A ALVARO PILAR Y A GEIGEL CONFIRMANDO FECHA PARA DEPOSICION; REDACTAR EMAIL A TRAVIESO CONFIRMANDO DEPOSICION Y A GEIGEL | 125.00/hr | | 125.00 |
| 9/13/2010 - | JVG | REVISAR EMAIL DE GEIGEL EN REFERENCIA A DEPOSICION DE VILLAZAN, REDACTAR LAS OBJECIONES A INTERROGATORIOS Y DEPOSICION DE PUERTOS; PREPARAR LAS OBJECIONES PARA LAS DEPOSICIONES DE TESTIGOS DE PUERTOS | 125.00/hr | | 531.25 |
| 9/14/2010 - | JVG | ATENDER DEPOSICION DE CARLOS TRAVIESO, ALVARO PILAR Y GONZALO GONZALEZ; REVISAR Y EDITAR NOTAS | 125.00/hr | | 1,000.00 |
| 9/16/2010 - | JVG | REVISAR EMAIL DE GEIGEL EN REFERENCIA A CONTESTACION A LOS INTERROGATORIOS Y A DEPOSICION; CONFERENCIA TELEFONICA CON Z SOTO REFERENTE A PRODUCCION DE EXPEDIENTE DE RECURSOS HUMANOS. | 125.00/hr | | 93.75 |
| 9/17/2010 - | JVG | REDACTAR EMAIL A GEIGEL CON REFERENCIA A CANCELACION DE DEPOSICION; REVISAR EMAIL SOBRE CANCELACION; REDACTAR EMAIL A GUERRERO SOBRE NOTIFICACION DE CANCELACION Y A ZULMA SOTO. REVISAR NOTIFICACION DE REGLA 26 SUPLEMENTARIA DEL DEMANDANTE | 125.00/hr | | 93.75 |
| 9/20/2010 - | JVG | IR A PUERTOS Y REVISAR EXPEDIENTES DE GRAJALES. REVISAR NOTIFICACION PARA TOMA DE DEPOSICION PARA OCTUBRE 22 Y ESTUDIAR LISTA DE EXHIBITS Y DOCUMENTOS A PRODUCIRSE | 125.00/hr | | 62.50 |

| Date | Staff | Description | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/21/2010 | JVG | REVISAR EXPEDIENTES Y PREPARAR LISTADO DE DOCUMENTOS, PREPARAR DOCUMENTOS | 125.00/hr | | 500.00 |
| 9/23/2010 | JVG | REUNION CON LIC. ALCOVER DE AGUADILLA EN REFERENCIA A CURSO DE ACCION A SEGUIR | 125.00/hr | | 62.50 |
| 9/27/2010 | JVG | REVISAR CARTA DEL LIC. GEIGEL SOBRE NUEVAS FECHAS DE DEPOSICION. REVISAR MOCION DEL DOJ SOBRE DEMANDA ENMENDADA. REVISAR DECISION DEL TRIBUNAL " GRANTING IN PART DENYING IN PART MOTION" | 125.00/hr | | 93.75 |
| 9/29/2010 | JVG | REVISAR CARTA FECHADA 29 DE SEPTIEMBRE DE 2010 EN REFERENCIA A RECLAMACION DE GRABACION SIN AUTORIZACION DE LA DEPOSICION DE GRAJALES. REVISAR SEGUNDA CARTA DE GEIGEL REFERENTE A FUE EL LIC. ALCOVER. | 125.00/hr | | 93.75 |
| 10/5/2010 | JVG | REVISAR FACTURA DE CRESPO PARA CERTIFICAR A PUERTOS. HACER BORRADOR DE CARTA DE CERTIFICACION A LCDA. RODRIGUEZ Y ENVIARSELA POR FAX. | 125.00/hr | | 62.50 |
| 10/8/2010 | JVG | REVISAR EMAIL DE GEIGEL SOBRE PRODUCCION DE DOCUMENTOS | 125.00/hr | | 31.25 |
| 10/11/2010 | JVG | REVISAR PRODUCCION DE EXPEDIENTES DE PUERTOS SOBRE GRAJALES; ESCANEAR DICHOS EXPEDIENTES; NOTIFICAR POR CORREO ELECTRONICO AL ABOGADO DE GRAJALES Y AL DEPARTAMENTO DE JUSTICIA. | 125.00/hr | | 875.00 |
| 10/12/2010 | JVG | REVISAR DOCUMENTOS Y REDACTAR CONTESTACION A LA SEGUNDA DEMANDA ENMENDADA, RADICAR VIA EMAIL AL TRIBUNAL | 125.00/hr | | 750.00 |
| 10/15/2010 | LA | REUNION CON LIC. VAZQUEZ. DISCUSION ESTRATEGIA DEL CASO Y ASUNTOS Y MOCIONES PENDIENTES; INVESTIGACION CAUSAS DE ACCION ALEGADAS EN LA DEMANDA. | 75.00/hr | | 56.25 |
| 10/20/2010 | LA | INVESTIGACION CAUSAS DE ACCION ALEGADAS EN LA DEMANDA: TITLE 42 USC SEC 1981 (a), SEC. 1983 Y 1985, STANDARDS AND PROTECTIONS PROVIDED BY SEC 1981V. TITLE VII. CARDENAS V MASSEY 269 F 3RD 251, 266 (3d CIR 2001) | 75.00/hr | | 375.00 |
| 10/21/2010 | LA | INVESTIGACION LEGAL: SEC 1981 HARRASSMENT; HOSTILE OR ABUSIVE WORK ENVIRONMENT, SEC 1981 RETALIATION FEDERAL ACTION UNDER SEC 1981 AGAINST A STATE ACTOR MUST BE BROUGHT UNDER SEC 1983 JETT VDALLAS INDEP SCH DIST 491 US 701, | 75.00/hr | | 318.75 |

| Date | | Description | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| | | 735 (1989) PEREZ SANCHEZ V PUBLIC BUILDING AUTHORITY 1ST CIR NO 07-1869 (JUNE 30, 2008). | | | |
| 10/21/2010 - | JVG | REVISAR EMAIL DEL LIC. GEIGEL SOBRE SUSPENSION DE DEPOSICION A LOS REPRESENTANTES DE PUERTOS; REDACTAR EMAIL A SUSAN FIGUEROA Y TAQUIGRAFOS SOBRE SUSPENSION DE DEPOSICION; REDACTAR EMAIL AL LIC. GEIGEL SOBRE CONTINUACION DE PROCEDIMIENTOS | 125 00/hr | | 125.00 |
| 10/22/2010 - | LA | CONTINUAR INVESTIGACION LEGAL Y SHEPARDIZE: PEREZ SANCHEZ V PUBLIC BUILDING AUTHORITY 1ST CIR NO 07-1869 (JUNE 30, 2008) Y TODA SU PROGENIE. | 75 00/hr | | 187 50 |
| - | LA | REDACCION Y REVISION DE DECLARACION JURADA : AMARILIS PITRE ACEVEDO | 75 00/hr | | 75 00 |
| - | LA | REUNION EN DEPARTAMENTO DE JUSTICIA A REUNION CON AMARILIS PITRE ACEVEDO Y LIC VAZQUEZ | 75 00/hr | | 112 50 |
| - | LA | REUNION CON LIC. VAZQUEZ PARA DISCUTIR ESTRATEGIA Y ASUNTOS Y MOCIONES PENDIENTES: MOCION PARA DESESTIMAR. | 75 00/hr | | NO CHARGE |
| - | JVG | REVISAR EXPEDIENTE; PREPARAR LISTA DE PREGUNTAS A TESTIGO PIETRI; IR AL DEPARTAMENTO DE JUSTICIA Y REUNION CON PIETRI; NOTARIZACION DE AFFIDAVIT. | 125 00/hr | | 375 00 |
| 10/27/2010 - | LA | INVESTIGACION: "AWARDS TO PREVAILING PARTY UNDER SEC. 1983; CIVIL RIGHTS ATTORNEY'S FEES AWARDS ACT OF 1976, 42 U S C. 1988, ET AL. | 75.00/hr | | 112 50 |
| 10/28/2010 - | JVG | REVISAR CONTESTACION DEL DEPARTAMENTO DE JUSTICIA A LA SEGUNDA DEMANDA ENMENDADA Y VERIFICAR DEFENSAS AFIRMATIVAS | 125 00/hr | | 125 00 |
| - | LA | BOSQUEJO Y REDACCION DE BORRADOR PRELIMINAR: "MOTION TO DISMISS" | 75 00/hr | | 375 00 |
| 10/29/2010 - | JVG | REVISAR TRANSCRIPCION DEL DEMANDANTE DANIEL GRAJALES; REVISAR LA TRANSCRIPCION DE LA DEMANDANTE WANDA GONZALEZ | 125 00/hr | | 500 00 |
| - | LA | REVISION EXPEDIENTE CASO VANESSA SANCHEZ V PRPA; BOSQUEJO HECHOS; COMPARACION TRASLADOS. VANESSA SANCHEZ V FERNANDO QUIÑONES | 75 00/hr | | 187 50 |

| Date | Init | Description | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/16/2010 - | MAM | REVISION DE ORDEN DEL TRIBUNAL | 125.00/hr | | 31.25 |
| 11/23/2010 - | MAM | REVISION DE ENMIENDAS A AVISO AL AMPARO DE LA REGLA 26 | 125.00/hr | | 31.25 |
| 12/8/2010 - | JVG | REVISAR COREO ELECTRONICO DE LIC. GEIGEL SOBRE DESCUBRIMIENTO DE PRUEBA; REVISAR MOCION AL TRIBUNAL SOBRE DESCUBRIMIENTO DE PRUEBA ; CONFERENCIA TELEFONICA Y REDACTAR CORREO ELECTRONICO IN RE: DESCUBRIMIENTO DE PRUEBA | 125.00/hr | | 62.50 |
| - | MAM | REVISION DE MOCION RADICADA POR GRAJALES | 125.00/hr | | 31.25 |
| 12/9/2010 - | JVG | REVISAR MOCION DE JUDGEMENT ON THE PLEADINGS RADICADA POR EL DEPARTAMENTO DE JUSTICIA; HACER BOSQUEJO DE PUNTOS DE DERECHO Y DE HECHOS RESEÑADOS EN LA MOCION; REVISAR MOCION DEMANDANTE PARA RETIRAR AVISOS DE TOMA DE DEPOSICION DE PUERTOS | 125.00/hr | | 250.00 |
| - | MAM | REVISION DE MOCION RADICADA POR DEPARTAMENTO DE JUSTICIA | 125.00/hr | | 93.75 |
| - | LA | RESUMEN DEPOSICION DANIEL GRAJALES 11 DE AGOSTO DE 2010 | 75.00/hr | | 150.00 |
| 12/10/2010 - | LA | CONTINUACION RESUMEN DEPOSICION DANIEL GRAJALES | 75.00/hr | | 187.50 |
| 12/14/2010 - | MAM | REVISAR ORDEN CONCEDIENDO TERMINO | 125.00/hr | | 62.50 |
| 12/17/2010 - | LA | CONTINUAR RESUMEN DEPOSICION DANIEL GRAJALES | 75.00/hr | | 187.50 |
| 12/22/2010 - | LA | CONTINUACION RESUMEN DEPOSICION DANIEL GRAJALES | 75.00/hr | | 168.75 |
| 12/28/2010 - | MAM | REVISION DE MOCION DEL DEPARTAMENTO DE JUSTICIA SOLICITANDO SENTENCIA ANTE INACCION Y FALTA DE OPOSICION DEL DEMANDANTE | 125.00/hr | | 62.50 |
| 1/3/2011 - | JVG | REVISAR RULING DEL TRIBUNAL CONCEDIENDO MOCION DE JOINDER | 125.00/hr | | 31.25 |
| 1/7/2011 - | JVG | REVISAR MEMORANDUM DEL DEMANDANTE EN OPOSICION A DESESTIMACION | 125.00/hr | | 125.00 |

|  |  |  | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 1/10/2011 | - LA | RESUMEN DEPOSICION WANDA L GONZALEZ AVILES- 12 DE AGOSTO DE 2010 | 75.00/hr | | 150.00 |
| 1/12/2011 | - LA | REVISION DE CORRESPONDENCIA - LIC. EUGENIO W. A GEIGEL SIMOUNET PARA LOS DEMANDANTES | 75.00/hr | | 37.50 |
| | - JVG | REVISAR MOCION DEL DEPARTAMENTO DE JUSTICIA SOLICITANDO PERMISO DE REPLICA | 125.00/hr | | 31.25 |
| 1/13/2011 | - LA | REVISION DEL JOINT CASE MANAGEMENT MEMORANDUM REDICADO EL 21 DE ABRIL DE 2010 POR LAS PARTES, | 75.00/hr | | 93.75 |
| | - LA | REVISION DE LAS "NORMAS INTERNAS DE CONDUCTA Y PROCEDIMIENTOS PARA MEDIDAS CORRECTIVAS Y ACCIONES DISCIPLINARIAS"- PROCEDIMIENTO NUM 77- A. P. P. REVISION DE A. P. P. R. | 75.00/hr | | 187.50 |
| | - JVG | REVISAR RULING DEL TRIBUNAL CONCEDIENDO PERMISO. | 125.00/hr | | 31.25 |
| 1/14/2011 | - LA | REVISION EXPEDIENTE PERSONAL DE DANIEL GRAJALES CARDONA- P. R. P. A. | 75.00/hr | | 168.75 |
| | - LA | REVISION DE CORREOS ELECTRONICOS Y NOTAS DEL CASO | 75.00/hr | | 37.50 |
| | - JVG | REVISAR REPLICA DEL DEPARTAMENTO DE JUSTICIA OPOSICION AL DEMANDANTE; RADICAR MOCION SOLICITANDO EXTENSION DE TIEMPO PARA RADICAR MOCION SENTENCIA SUMARIA. | 125.00/hr | | 125.00 |
| 1/17/2011 | - LA | REVISION DE LOS SIGUIENTES DOCUMENTOS: "MOTION FOR JUDGEMENT ON THE PLEADINGS", RADICADO EL 9 DE DICIEMBRE DE 2010 POR LOS DEMANDANTES EN SU CAPACIDAD PERSONAL SOLAMENTE, "MOTION FOR JOINDER", RADICADO POR LOS DEMANDANTES EN SU CAPACIDAD OFICIAL EL 23 DE DICIEMBRE DE 2010. | 75.00/hr | | 131.25 |
| 1/18/2011 | - JVG | REVISAR ORDEN CONCEDIENDO EXTENSION DE TIEMPO. | 125.00/hr | | 31.25 |
| 1/19/2011 | - LA | LLAMADA TELEFONICA A LA AUTORIDAD DE LOS PUERTOS- LCDA. HILDA RODRIGUEZ PARA SOLICITAR REUNION CON TESTIGOS POTENCIALES | 75.00/hr | | 18.75 |
| | - LA | CARTA VIA CORREO ELECTRONICO A LCDA. HILDA RODRIGUEZ EN REFERENCIA A SOLICITUD DE REUNION CON TESTIGOS POTENCIALES | 75.00/hr | | 56.25 |

| Date | Init | Description | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 1/19/2011 | LA | REVISION DE LOS SIGUIENTES DOCUMENTOS DEL EXPEDIENTE. "FIRST SET OF INTERROGATORIES TO DEFENDANTS PRPA, DATED 08-18-10, FILED BY PLAINTIFF"; "NOTICE OF 30(B) (6) DEPOSITION OF PRPA" | 75.00/hr | | 93.75 |
| 1/20/2011 | JVG | REVISAR MOCION DE REGLA 26 SUPPLEMENTAL DISCOVERY DEMANDANTE | 125.00/hr | | 31.25 |
| 1/21/2011 | LA | REVISION Y ORGANIZACION DE EXPEDIENTE, CORRESPONDENCIA ENTRE ABOGADOS Y PRUEBA DOCUMENTAL | 75.00/hr | | 150.00 |
| 1/25/2011 | LA | REVISAR Y ORGANIZAR DOCUMENTOS DEL EXPEDIENTE EN EL CASO | 75.00/hr | | 150.00 |
| - | JVG | REVISAR REPORTE DE LA MAGISTRADO RECOMENDANDO DESESTIMACION | 125.00/hr | | 125.00 |
| 1/26/2011 | LA | REVISAR EL DOCUMENTO: " REPORT AND RECOMMENDATIONS, FILED 01-25-2011 BY COURT" EN EL QUE SE PROPONE LA DESESTIMACION DEL CASO. | 75.00/hr | | 150.00 |
| - | LA | CONFERENCIA LIC. MAZA Y LIC. VAZQUEZ EN REFERENCIA A STATUS DEL CASO | 75.00/hr | | 18.75 |
| 2/2/2011 | JVG | REVISAR MOCION DEL DEMANDANTE PIDIENDO TIEMPO PARA OPONERSE A LA DESESTIMACION | 125.00/hr | | 31.25 |
| 2/4/2011 | JVG | REVISAR TRANSCRIPCION DE LAS DEPOSICIONES DE ALVARO PILAR; GONZALO GONZALEZ Y CARLOS TRAVIESO; ANALISIS DE LA JURISPRUDENCIA Y REDACCION DE AFFIDAVIT EN APOYO DE MOCION DE SENTENCIA SUMARIA. | 125.00/hr | | 1,000.00 |
| 2/9/2011 | JVG | REVISAR RULING DEL TRIBUNAL CONCEDIENDO HASTA FEBRERO 25 PARA OPONERSE A DESESTIMACION. | 125.00/hr | | 31.25 |
| 2/13/2011 | JVG | REDACTAR MOCION AL TRIBUNAL SOLICITANDO EXTENSION DE TIEMPO SINE DIE PENDIENTE A RESOLUCION DE DESESTIMACION; ESCANEAR MOCION Y RADICAR POR EMAIL. | 125.00/hr | | 125.00 |
| 2/14/2011 | JVG | REVISAR RULING DEL TRIBUNAL CONCEDIENDO EXTENSION DE TIEMPO | 125.00/hr | | 31.25 |
| | | For professional services rendered | | 164.00 | $17,987.50 |

AUTORIDAD DE PUERTOS

Additional Charges :

|  | Qty/Price | Tax# | Amount |
|---|---|---|---|
| 11/1/2010 -  LA    RESEARCH LEXIS-NEXIS | 1<br>754.18 |  | 754.18 |
| Total costs |  |  | $754.18 |